IN THE SUPREME COURT OF TEXAS

 No. 09-0806

 IN RE MEDICALEDGE HEALTHCARE GROUP, P.A., ET AL.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for temporary relief, filed
September 24, 2009, is granted. The order dated September 22, 2009, in
Cause No. 08-12816, styled Paul H. Reyes, M.D., et al. v. Medical Edge
Healthcare Group, P.A., et al., in the 160th District Court of Dallas
County, Texas, is stayed pending further order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m.; October 12,
2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 25, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk